# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2019

## NO. 03-19-00155-CV

**Saman Showani, Appellant**

**v.**

**The Attorney General of Texas, Appellee**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on January 30, 2019. Having reviewed the record, the Court holds that Saman Showani has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.